[No. 13435-3-I.   Division One.   July 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. QUENTIN DAWSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-04584-7, Warren Chan, J., entered May 4, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Callow, J.

[No. 5668-6-III.   Division Three.   July 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNIE DALE WOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-01086-4, John J. Ripple, J., entered January 26, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5691-1-III.   Division Three.   July 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82-1-00316-1, Carl L. Loy, J., entered February 7, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J.